**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Robert Paul HILL, Defendant—
Appellant.**

**No. 07–10011.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

751

Submitted Feb. 3, 2010.*

Filed March 29, 2010.

Frederick A. Battista, Esq., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Esq., Law Office of Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Before: HUG, BEEZER and HALL, Circuit Judges.

## MEMORANDUM **

Defendant-appellant Robert Paul Hill ("Hill") appeals from a final judgment convicting him of one count of being a felon in possession of a firearm and ammunition. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

The facts of this case are known to the parties. We do not repeat them.

We review "all sentencing decisions" for an abuse of discretion. *United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc). The district court properly exercised its discretion in sentencing Hill to 120 months imprisonment and declining to grant a downward departure pursuant to Section 5K2.13 of the Sentencing Guidelines. *See* U.S.S.G. § 5K2.13; *see also United States v. Davis*, 264 F.3d 813, 815–16 (9th Cir.2001) (holding that courts lack discretion to depart downward under Sec-

tion 5K2.13 if incarceration is needed "to protect the public").

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

